UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DELPHINE HENRY, | : |
|     Plaintiff, | :   CASE NO. 2:12 CV 841 |
| -v- | :   JUDGE SMITH |
| ABBOTT LABORATORIES, | :   MAGISTRATE ABEL |
|     Defendants. | : |

## MOTION TO WITHDRAW FROM REPRESENTATION

The undersigned hereby moves this Court for an order granting his withdrawal of counsel of record in the above styled case. The reason for the withdrawal is Plaintiff's desire to obtain new counsel to handle her case. The last current address for the Plaintiff is 293 Preswicke Mill. The last known phone number for the Plaintiff is (614) 571-2742.

    Respectfully submitted,

    Michael T. Bivens (0071699)
    6954 Americana Parkway
    Reynoldsburg, Ohio 43068
    (614) 232-9066 office
    (614) 232-9077 fax

## ACKNOWLEDGEMENT OF WITHDRAWAL

I, Delphine Henry, hereby certify that I have received a complete copy of my case file and that I am requesting this Court to grant the Withdrawal of Michael T. Bivens (0076199) from this case. I do not want Mr. Bivens to handle this case. I would like to seek new counsel on this case, and will consult with new counsel now that Mr. Bivens no longer my attorney.

_____  henry Re32aol.com
Delphine Henry

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Motion to withdraw has been served by regular U.S. Mail to the Plaintiff 293 Preswicke Mill Blacklick, Ohio 43004. Further, the Plaintiff has been advised that of opposing counsel information and has been given her complete file.

_____
Michael T. Bivens (0076199)