IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Delphine Henry, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00841 |
| v. | : | Judge Smith |
| Abbott Laboratories, | : | Magistrate Judge Abel |
| Defendant | : | |

## ORDER

On November 16, 2012, plaintiff telephoned my office and requested additional time in which to locate counsel.

Plaintiff Delphine Henry must either retain new counsel who enters an appearance or file a statement stating her intent to represent herself with the Court within 28 days of the date of this Order. The preliminary pretrial conference set for December 6, 2012 at 11:00 a.m. will go forward as scheduled even if plaintiff has not retained an attorney by that time.

The Clerk of Court is **DIRECTED** to serve a copy of this Order on all counsel and on plaintiff Delphine Henry, 293 Preswicke Mill, Blacklick, Ohio 43004.

s/Mark R. Abel
United States Magistrate Judge